# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2024

## NO. 03-23-00560-CR

**William Harold Masterson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2024

## NO. 03-23-00561-CR

**William Harold Masterson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED OCTOBER 31, 2024

---

### NO. 03-23-00562-CR

---

**William Harold Masterson, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED OCTOBER 31, 2024**

---

**NO. 03-23-00563-CR**

---

**William Harold Masterson, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2024

## NO. 03-23-00564-CR

**William Harold Masterson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.